**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
INTERNATIONAL LEISURE PRODUCTS, INC.,

              Plaintiff,

- against -

FUNBOY, LLC,

              Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV 16-4667 (SJF)(AYS)

    An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on November 9, 2017; granting defendant's motion to dismiss plaintiff's claims against it in the second amended complaint in their entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; dismissing plaintiff's claims in their entirety with prejudice for failure to state a claim for relief; and directing the Clerk of the Court to enter judgment in accordance with the November 9, 2017 Order and close this case, it is

    **ORDERED AND ADJUDGED** that plaintiff International Leisure Products, Inc., take nothing of defendant Funboy, LLC; that defendant's motion to dismiss plaintiff's claims against it in the second amended complaint in their entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted; that plaintiff's claims are dismissed in their entirety with prejudice for failure to state a claim for relief; and that this case is closed.

Dated: Central Islip, New York
        November 14, 2017

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                          By:    /s/ James J. Toritto
                                 Deputy Clerk